

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00164-CV

Marvin **HARRIS**,
Appellant

v.

Desire **TORES**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI02472
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 25, 2022

DISMISSED FOR WANT OF PROSECUTION

On April 25, 2022, the trial court clerk filed a notification of late record stating the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On April 26, 2022, we ordered appellant to provide written proof to this court no later than May 6, 2022, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order stated

that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Appellant did not respond to this court's order. Accordingly, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM